1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ILLYA BOND,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Respondent. | No.　CV 10-3812 PA<br>　　　CR 05-660 PA<br><br>JUDGMENT |
|---|---|

　　　IT IS ADJUDGED that the motion to vacate, set aside or correct sentence pursuant to Title 28, U.S.C. Section 2255 is denied and the action dismissed with prejudice.

DATED: August 5, 2011

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE